

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Ellann Patrice Ford, Appellant

No. 06-13-00027-CR          v.

State of Texas, Appellee

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 27389). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to delete the assessment of attorney's fees against Ellann Patrice Ford. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Ellann Patrice Ford, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 10, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk